| Fill in this information to identify the case: | |
|---|---|
| Debtor name | Valley Packaging Supply Co., Inc. |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF ILLINOIS |
| Case number (if known): | |

☐ Check if this is an

amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| APLIX INC<br>P O BOX 751422<br>CHARLOTTE, NC 28275 | Deadra Joyner<br>djoyner@aplixinc.com<br>704.504.6531 | Trade Debt | | | | $28,500.00 |
| APPLIED INDUSTRIAL TECHNOLOGIES INC<br>22510 NETWORK PLACE<br>CHICAGO, IL 60673-1225 | 513-489-8840 ext. 343 | Trade Debt | | | | $21,400.00 |
| BELMARK INC<br>P O BOX 8814<br>CAROL STREAM, IL 60197-8814 | Matt Nowak<br>matt.nowak@belmark.com<br>(920) 336-2848 | Equipment Financing or Lease | | $632,839.00 | Unknown | Unknown |
| BW CONVERTING INC<br>25239 NETWORK PLACE<br>CHICAGO, IL 60673-1252 | Nicole Wauters<br>Nicole.Wauters@bwconverting.com<br>(920) 491-6564 | Trade Debt | | | | $18,500.00 |
| CHARTER NEXT GENERATION INC.<br>PO BOX 9183427<br>CHICAGO, IL 60691 | Very Hockensmith<br>very.hockensmith@cnginc.com<br>(567) 209-1266 | Trade Debt | | | | $185,800.00 |
| City National Bank of Florida<br>Attn: Jorge Gonzalez, CEO<br>2701 S LeJeune Rd<br>8th Floor<br>Coral Gables, FL 33134 | Robert P. Frankel, Esq.<br>robert@frankelpa.com<br>305-358-5690 | Secured Loan | | $35,512,875.00 | Unknown | Unknown |

Debtor  Valley Packaging Supply Co., Inc.  
_____  
Name  

Case number *(if known)*  
_____

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| ELPLAST AMERICA INC 795 ENTERPRISE DRIVE MARION, IA 52302 | Ashley Masten a.masten@elplastamerica.com 319-243-1131 | Trade Debt | | | | $122,200.00 |
| FABRITEX PERFORMANCE FLEXIBLE COMPOSITES 513 BRYANT ROAD CONROE, TX 77303 | Andrea Salazar Andrea@gofabritex.com 281-821-2400 | Trade Debt | | | | $20,800.00 |
| INTERNATIONAL PAPER 1689 SOLUTIONS CENTER CHICAGO, IL 60677-1066 | Hunter Howell hunter.howell@ipaper.com 901 419 1067 | Trade Debt | | | | $48,600.00 |
| IQ RESOURCE GROUP INC BOX 88247 MILWAUKEE, WI 53288-0247 | Sam B. samb@mayfairintegrated.com 262-447-0514 | Trade Debt | | | | $36,600.00 |
| KONZ WOOD PRODUCTS 616 N PERKINS STREET APPLETON, WI 54914-3133 | Michael Konz michael@konzwoodproducts.com 920-734-7770 | Trade Debt | | | | $26,900.00 |
| MARUBENI AMERICA CORPORATION PO BOX 776843 CHICAGO, IL 60677-6843 | Michelle M michel-m@marubeni.com 914-428-6501 | Trade Debt | | | | $54,500.00 |
| MENSHEN PACKAGING USA INC 21-25 INDUSTRIAL PARK WALDWICK, NJ 07463 | Maria Ayala maria.ayala@menshen.com 201-574-8134 | Trade Debt | | | | $121,400.00 |
| NELSON MACHINE & WELDING CORP 1206 PARKVIEW ROAD GREEN BAY, WI 54304 | Jenny Zastrow JZastrow@nelsonmachine.com 920-337-1926 | Trade Debt | | | | $19,100.00 |

Debtor   Valley Packaging Supply Co., Inc.                                    Case number *(if known)*  _____
      Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| REYNOLDS PRESTO PRODUCTS INC P O BOX 842320 DALLAS, TX 75284-2320 | Hansel Orrego Hansel.Orrego@reynoldsbrands.com 224-331-1367 | Trade Debt | | | | $69,900.00 |
| SCHOLLE IPN ATLANTA CORPORATION 200 W North Ave NORTHLAKE, IL 60164 | Ray Gecias raymond.gecias@sig.biz 847-847-5044 | Trade Debt | | | | $121,700.00 |
| Sterling Properties 4340 18th Ave Fargo, ND 58103 | Levi Jordheim ljordheim@sretrust.com 701.540.4150 | Trade Debt | | | | $83,994.00 |
| TOTANI AMERICA INC P O BOX 5123 DePere, WI 54115-5123 | Chie Wysocky cwysocky@totaniamerica.com 920-632-7319 | Trade Debt | | | | $17,600.00 |
| ZIP-PAK-GA 33853 TREASURY CENTER CHICAGO, IL 60694-3800 | Jenny Staton jenny.staton@zippak.com 815-468-6500 x 126 | Trade Debt | | | | $227,700.00 |
| ZIP-PAK-OTTAWA 33853 TREASURY CENTER CHICAGO, IL 60694-3800 | Jenny Staton jenny.staton@zippak.com 815-468-6500 x 126 | Trade Debt | | | | $70,300.00 |